**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                    Case No.: 14-15334-AJC

IRIS  MAGDALENA ZELAYA                                          Chapter 13
                    Debtor.
_____/

### MOTION TO COMPEL LENDER TO PARTICIPATE IN PENDING LMM IN GOOD FAITH AND MOTION FOR SANCTIONS AND ATTORNEY'S FEES

The Debtor, IRIS MAGDALENA ZELAYA, by and through her undersigned counsel files this Motion to Compel Lender to Participate in Pending LMM in Good Faith and Motion for Sanctions and Attorney's Fees, and in support thereof the Debtor states the following:

1.      On April 24, 2014, at Docket Entry # 23 the Debtor filed a Motion for Referral to the Loss Mitigation Mediation Program for the first mortgage on her primary residence with BSI FINANCIAL SERVICES, INC (hereinafter "Lender").

2.      In said Motion for Referral to the Loss Mitigation Mediation Program, the Debtor, in good faith, requested to be reviewed for the following loss mitigation options on her primary residence – i) a HAMP or government sponsored loan modification, ii) a conventional loan modification, or iii) any other loan modifications offered by BSI Financial Services, Inc.

3.      On May 28, 2014, this Honorable Court entered an Order of Referral to Loss Mitigation Mediation at Docket Entry #37 granting Debtor's Verified Motion.

4.      Since all documentation was uploaded by undersign on the DMM Portal on June 2nd, 2014 there has not been any interaction from Lender or Lender's counsel other than to change file information. See Exhibit A

5.      On September 9, 2014 Mediator ANTHONY ROCA, Esq. contacted the offices of PHELAN HALLINAN, LLP, and was told by counsel that they were not aware of this case but would contact their client, BSI FINANCIAL SERVICES, INC to be assigned. See Exhibit A

6.      On November 3, 2014 (ECF# 64), BSI FINANCIAL SERVICES, INC. via the DMM portal notified the undersigned that the loan had been service released to GCI FUNDING, LLC. See Exhibit A

7.      On November 17, 2014 the undersigned via the portal attempted to confirm the documentation would still be reviewed by GCI FUNDING, LLC. See Exhibit A

8.      Lender has not assigned their Counsel to the review on the DMM Portal, however, Lender's counsel was copied in the message posted on the portal on November 17, 2014. See Exhibit A and B

9.      To date nor Lender or Lender's counsel has not responded. See Exhibit A

10.     Pursuant to the Court Order, "the Debtor and Lender are required to participate in loss mitigation mediation in good faith."

11.     Lender's conduct is not in good faith and prejudices Debtor.

12.     The Debtor has now spent monies to participate in this program and will not even be reviewed for the options she is entitled to.

13.     Lender's conduct should not be condoned by this Honorable Court. Lender should be compelled to participate in the LMM program in good faith and at least review Debtor for modification options as requested in Debtor's Verified Motion and Granted by this Honorable Court's Order of Referral to LMM.

WHEREFORE the Debtor requests that this court enter an order compelling the Lender, GCI FUNDING, LLC to participate in the LMM program in good faith and at least review Debtor properly for the loss mitigation option requested by Debtor in her Motion i.e. modification options, sanction Lender for its failure to participate in the program in good faith, attorneys fees, and any other relief this Court deems just and proper, including having to bear the costs of a second mediation to comply in good faith with the LMM program.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the FOREGOING was filed using CM/ECF and served this 12 day of June, 2014: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case, and (ii) via First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List and mailing matrix, as applicable.

Submitted by:
MENDEZ LAW OFFICES, PLLC
3750 NW 87th Ave., Ste. 280,
Miami, FL 33178
(T) 305.264.9090 (F) 1.305.264.9080
Eservice: info@mendezlawoffices.com

By: _____
DIEGO GERMAN MENDEZ
FL Bar No.: 52748

Copies via US mail and Email to:

Lender -
GLOBAL CONCEPTS FUNDING
P.O. BOX 1082
PARKER, CO 80134 USA

BSI FINANCIAL SERVICES, INC
7505 IRVINE CENTER DRIVE,
IRVINE, CA, 92618

Lender's Counsel –
STEFAN BEUGE, ESQ.
PHELAN HALLINAN, LLP
flsd.bankruptcy@phelanhallinan.com – (notice sent to email address) –

Mediator -
ANTHONY ROCA
ROCA LAW, PLLC.
tony@rocalaw.com  – (notice sent to email address) –