

**ORDERED in the Southern District of Florida on February 2, 2015.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                         Case No: **14-15334-AJC**
**Iris Magdalena Zelaya**                           Chapter **13**

              Debtor          /

## ORDER GRANTING IN PART AND RESERVING ON RULING IN PART MOTION TO COMPEL LENDER TO PARTICIPATE IN PENDING LMM IN GOOD FAITH AND, MOTION FOR SANCTIONS AGAINST LENDER AND ATTORNEY'S FEES FILED BY DEBTOR IRIS MAGDALENA ZELAYA. (64)

THIS CASE came to be heard on January 27, 2015 on MOTION TO COMPEL LENDER TO PARTICIPATE IN PENDING LMM IN GOOD FAITH AND, MOTION FOR SANCTIONS AGAINST LENDER AND ATTORNEY'S FEES FILED BY DEBTOR IRIS MAGDALENA ZELAYA. (64) and based on the record, it is:

ORDERED as follows:

1) GRANTED, Motion To Compel Lender To Participate In Pending LMM In Good Faith. Within 14 days, lender must open a case in the DMM portal, assign an attorney to the LMM case, review documents submitted by debtor and inform the debtor of any new or pending documents needed to finish review.

2) RESERVED RULING on Motion for Sanctions pending compliance with Order Granting Motion to Compel (paragraph 1 of this Order).

**Respectfully Submitted By:**

MENDEZ LAW OFFICES, PLLC
Attorneys for Debtor
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090 Facsimile: 305.809.8474
Email: info@mendezlawoffices.com

By: _____s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.